OPINION — AG — ** COMPETITIVE BIDDING — CATTLE — COMPETITIVE BIDDING ** IF FAT HOGS BELONGING TO SAID SANATORIUM ARE SOLD, SAME MUST BE SOLD BY THE STATE BOARD OF PUBLIC AFFAIRS " TO THE HIGHEST BIDDER " AFTER THE SALE HAS BEEN " DULY ADVERTISED ". (COMPETITIVE BIDDING ACT, LIVESTOCK, DEFINITIONS, ADVERTISEMENT) CITE: 74 O.S. 85.1 [74-85.1] ET SEQ ?, 74 O.S. 92 [74-92], 62 O.S. 41.16 [62-41.16], 74 O.S. 64 [74-64](A), (CENTRAL PURCHASING) (FRED HANSEN)